UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DORA JEAN TEAGUE, | No. 5:25-cv-09420-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for calculation and award of benefits.

Dated: May 27, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge