UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DORA JEAN TEAGUE,<br><br>                     Plaintiff,<br><br>          v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>                     Defendant. | No.2:25-cv-09420-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 23), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $8,350.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 1, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge